FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Miguel Angel Becerra<br>Defendant. | Case No.: ED11-0075M<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- INSUFFICIENT BACKGROUND INFORMATION
- INSUFFICIENT INFORMATION REGARDING AVAILABLE BAIL RESOURCES
- UNDERLYING ALLEGATIONS

1 and/or

2 B. ( ) The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c). This finding is based on the following:

6 _____
7 _____
8 _____
9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 3/8/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2